NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRIS LANGEE, trustee for the Adams    )
and Associates Land Trust,             )
                                       )
      Appellant,                       )
                                       )
v.                                     )    Case No. 2D17-4571
                                       )
GREEN TREE SERVICING, LLC,             )
                                       )
      Appellee.                        )
_____)

Opinion filed May 3, 2019.

Appeal from the Circuit Court for
Hillsborough County; Gregory P. Holder,
Judge.

Mark P. Stopa of Stopa Law Firm, Tampa
(withdrew after briefing), and Latasha
Scott of Lord Scott, PLLC, Tampa, for
Appellant.

William L. Noriega of Padgett Law Group,
Tallahassee, for Appellee.


PER CURIAM.


      Affirmed.


CASANUEVA, KHOUZAM, and BLACK, JJ., Concur.